UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAR ALEXANDER CARTER #262495,

       Plaintiff,

                               Case No: 1:24-cv-1348

v.

                               HON. ROBERT J. JONKER

KRISTEN JONES et al.,

       Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 17, 2026 (ECF No. 49). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 49) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Jones' and Defendant Kuerth's Motions for Summary Judgment (ECF Nos. 36, 39) are **GRANTED** and the case is **DISMISSED**.

Dated:   __August 5, 2026__           __/s/ Robert J. Jonker_____
                                         ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE